# EXHIBIT A

# Reclaimed Woods of the World

257 Del Mar Ave.
Costa Mesa, CA 92627
Tel: 949-515-9501 Fax: 949-515-9503

# Sales Order

| Date | S.O. No. |
|---|---|
| 6/25/2024 | W24618-1 |

**Name / Address**

Debi Grilo
508 95th ave North
Naples, Fl. 34109

**Ship To**

5264 Seahorse Ave
Naples, Florida

*STAIRS TREADS*

| P.O. No. | FOB | Project |
|---|---|---|
|  | Delivered |  |

| Item | Description | Ordered | Rate | Unit | Amount |
|---|---|---|---|---|---|
| Flooring | Walnut Treads -- Glued up: 1"x 11-1/2"x 8' (square nose with 1/4" radius edges) Prefinished to matched floor. | 10 | 697.00 | ea. | 6,970.00T |
| Misc. | Crating |  | 650.00 |  | 650.00 |
| Delivery | Freight |  | 950.00 |  | 950.00 |
|  | Terms: Pre-Paid |  |  |  |  |

*Not Paid*

All purchases are due and payable from the invoice date or on specific terms designated on the invoice. Any invoice not paid in full with the terms will be considered "PAST DUE".

It is hereby agreed that if such account is placed in the hands of an attorney for collection or if collected by suit, or through probate proceedings, we promise to pay principal plus 1-1/2% per month (18% annually) where allowable by law, plus resonable attorney's fees together with all court costs.

| | |
|---|---|
| Subtotal | $8,570.00 |
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$8,570.00** |

# Reclaimed Woods of the World

257 Del Mar Ave.
Costa Mesa, CA 92627
Tel: 949-515-9501 Fax: 949-515-9503

# Invoice

| Date | Invoice # |
|---|---|
| 1/30/2024 | 2506 |

**PAID 05/06/2024**

| Bill To | Ship To |
|---|---|
| Debi Grilo<br>508 95th ave North<br>Naples, Fl. 34109 | Grilo Residence<br>5264 Seahorse Ave.<br>Naples, Fl. 34102 |

| P.O. Number | S.O. No. | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|---|
| Debi | W24130-2 | Prepaid |  | 1/30/2024 |  | Delivered |  |

| Quantity | Item Code | Description | Price E... | Unit | Amount |
|---|---|---|---|---|---|
|  |  | ----- Revised 4-8-24 ----- |  |  |  |
| 5,845 | Lumber-D... | Thermally-Modified Oak Decking<br>3/4"x 5-1/2"x RL S4S, E4E, No End Matched | 6.00 | LF | 35,070.00T |
|  |  | Note: to cover 2,435 SF Decking area. Plus 10% Waste Factor |  |  |  |
| 3,600 | Lumber-D... | Thermally-Modified Oak Decking<br>3/4"x 5-1/2"x RL S4S, E4E, No End Matched | 6.00 | LF | 21,600.00T |
|  |  | Note: to cover 1,500 SF Dock area. Plus 10% Waste Factor |  |  |  |
| 1 | Delivery | Approx. Freight +/- for Decking | 4,800.00 |  | 4,800.00 |
| 1,682 | Flooring | 5/8"x 8"x RL Walnut, Plain Sawn, Select Rustic Grade, T&G, E/M, Micro Bevel All 4 Sides, Engineered with 4mm Top Layer, Prefinished per Approved Sample<br>*** Shipping has been included in the price for flooring.***<br><br>*** Quantity is subject to final tally at the time of shipment, Max +/- 5% and will be invoiced accordingly.***<br><br>*** Terms: 60% Deposit / Balance Due before Shipping.*** | 26.35 | SF | 44,320.70T  ok |

| | |
|---|---|
| Subtotal | $105,790.70 |
| Sales Tax (0.0%) | $0.00 |
| Total | $105,790.70 |
| Payments/Credits | -$105,790.70 |
| Balance Due | $0.00 |

All purchases are due and payable from the invoice date or on specific terms designated on the invoice. Any invoice not paid in full with the terms will be considered "PAST DUE".

It is hereby agreed that if such account is placed in the hands of an attorney for collection or if collected by suit, or through probate proceedings, we promise to pay principal plus 1-1/2% per month (18% annually) where allowable by law, plus resonable attorney's fees together with all court costs.

PAID - 01/29 - $56,632.50

05/01 - $49,158.20

Quote 636-63£

# Reclaimed Woods of the World

257 Del Mar Ave.
Costa Mesa, CA 92627
Tel: 949-515-9501 Fax: 949-515-9503

# Invoice

| Date | Invoice # |
|---|---|
| 2/29/2024 | 2517 |

**PAID 06/03/2024**

**Bill To**
Debi Grilo
508 95th ave North
Naples, Fl. 34109

**Ship To**
5264 Seahorse Ave
Naples, Florida

| P.O. Number | S.O. No. | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|---|
|  | W24222-1 | Prepaid |  | 5/6/2024 |  |  |  |

| Quantity | Item Code | Description | Price E... | Unit | Amount |
|---|---|---|---|---|---|
|  |  | ----- Revised 4-8-24 ----- |  |  |  |
| 30 | Flooring | Walnut Treads -- Glued up: 1"x 11-1/2"x 5' (square nose with 1/4" radius edges) Prefinished to matched floor. | 485.00 | ea. | 14,550.00 |
| 4 | Flooring | Walnut Treads -- Glued up: 1"x 11-1/2"x 6' (square nose with 1/4" radius edges) Prefinished to matched floor. | 523.00 | ea. | 2,092.00 |
| 4 | Flooring | Walnut Nosing -- 1"x 5-1/2"x 6' (square nose with 1/4" radius edges -- Rabbeted 5/8") Prefinished to matched floor. | 377.00 | ea. | 1,508.00 |
| 100 | Flooring | 5/8"x 8"x RL Walnut, Plain Sawn, Select Rustic Grade, T&G, E/M, Micro Bevel All 4 Sides, Engineered with 4mm Top Layer, Prefinished per Approved Sample | 26.35 | SF | 2,635.00 |
| 7,640 | Lumber-D... | Thermally-Modified Oak Decking: 3/4"x 5-1/2"x RL S4S, E4E, No E/M -- Special Pricing -- (To cover 3500 SF) | 5.00 | LF | 38,200.00 |
| 300 | Lumber | Thermally-Modified Oak -- for Pool Ceiling 3/4"x 5-1/4" (Reveal) x RL T&G, No End Matched | 15.21 | SF | 4,563.00 |

Handwritten annotations: Stairs { (treads items), Wood Floors { (flooring), Deck, Ceiling

| | |
|---|---|
| **Subtotal** | $63,548.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $63,548.00 |
| **Payments/Credits** | -$63,548.00 |
| **Balance Due** | $0.00 |

All purchases are due and payable from the invoice date or on specific terms designated on the invoice. Any invoice not paid in full with the terms will be considered "PAST DUE".

It is hereby agreed that if such account is placed in the hands of an attorney for collection or if collected by suit, or through probate proceedings, we promise to pay principal plus 1-1/2% per month (18% annually) where allowable by law, plus resonable attorney's fees together with all court costs.

Reclaimed Woods of the World

Reclaimed Woods of the World
257 Del Mar Ave
Costa Mesa, CA 92627

# Invoice

| Date | Invoice # |
|---|---|
| 4/19/2024 | 2534 |

**PAID 04/11/2024**

**Bill To**

Debi Grilo
508 95th ave North
Naples, Fl. 34109

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Item | Description | Est Amt | Prior Amt | Prior % | Qty | Rate | Curr % | Total % | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Lumber | 1" x 1-3/4"x 14' -- Thermally-Modified Red Oak Using 8/4 S2S 1-3/4" – Smooth Ripped 2 edges to 1" 51 pcs<br><br>Note: Freight is waived if shipped together with Inv.#2506 Freight to be determined if shipped separately.<br><br>Terms: 60% Deposit / Balance due before shipping. | 2,777.46 |  |  | 714 | 3.89 | 100.00% | 100.00% | 2,777.46T |

| | |
|---|---|
| **Subtotal** | $2,777.46 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $2,777.46 |
| **Payments/Credits** | -$2,777.46 |
| **Balance Due** | $0.00 |

**Reclaimed Woods of the World**
257 Del Mar Ave.
Costa Mesa, CA 92627
Tel: 949-515-9501 Fax: 949-515-9503

PAID 07-23-24

**Sales Order**

| Date | S.O. No. |
|---|---|
| 5/28/2024 | W24528-1 |

**Name / Address**
Debi Grilo
508 95th ave North
Naples, Fl. 34109

**Ship To**
5264 Seahorse Ave
Naples, Florida 34103

| P.O. No. | FOB | Project |
|---|---|---|
|  | Delivered |  |

| Item | Description | Ordered | Rate | Unit | Amount |
|---|---|---|---|---|---|
|  | ----- Revised 6-25-24 ----- |  |  |  |  |
| Lumber | Thermally-Modified Oak Hand Rail<br>1-1/2"x 3"x RL , S4S, E4E with 1/4" Radius | 440 | 10.87 | LF | 4,782.80T |
| Lumber-De... | Thermally-Modified Oak E4E<br>(Free of charge / To replace bad material) | 450 | 0.00 | LF | 0.00T |
| Misc. | Crating |  | 750.00 |  | 750.00 |
| Delivery | Freight |  | 1,350.00 |  | 1,350.00 |
|  | Terms: 60% Deposit / Balance due before shipping. |  |  |  |  |
|  | HANDRAIL |  |  |  |  |

All purchases are due and payable from the invoice date or on specific terms designated on the invoice. Any invoice not paid in full with the terms will be considered "PAST DUE".

It is hereby agreed that if such account is placed in the hands of an attorney for collection or if collected by suit, or through probate proceedings, we promise to pay principal plus 1-1/2% per month (18% annually) where allowable by law, plus resonable attorney's fees together with all court costs.

| Subtotal | $6,882.80 |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$6,882.80** |