United States District Court
Middle District of Florida
Ft. Myers Division

*DEBI GRILO, an individual, and*
*PIERRE GRILO, an individual,*

    *Plaintiffs,*

v.     NO. 2:24-CV-01113-JLB-NPM

*RECLAIMED WOODS OF THE*
*WORLD, INC., a California corporation,*
    *Defendant.*

---

## Unopposed Motion for Special Admission

Peter D. Gordon, Esquire, moves for special admission to represent defendant Reclaimed Woods of the World, Inc., a California corporation, in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the Central District of California.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

NONE

1

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.
I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: December 30, 2024      LAWNET 1, P.C.
                              PETER D. GORDON


                              /s/Peter D Gordon_____
                              Peter D. Gordon
                              LAWNET 1, P.C.
                              8052 Melrose Ave. 2nd Floor
                              Los Angeles, California 90046
                              Telephone: (323) 651-2700 Office
                              Fax:         (323) 651-3726 Fax
                              peter@lawnet1.com

                              Attorneys for Defendant
                              Reclaimed Woods of the World,
                                           Inc.

2

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party is not opposed to my special admission.

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of LAWNET 1, P.C., and that on the 30$^h$ day of December, 2024, the foregoing **UNOPPOSED MOTION FOR SPECIAL ADMISSION** was served on the represented Plaintiffs by e-service (CM/ECF), in accordance with the Electronic Filing Procedures of the United States District Court, to:

### SERVICE LIST

John C. Clough, Bar No. 184391
Buchalter, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-1730
Telephone No.: (213) 891-5255
e-Mail: jclough@buchalter.com
Attorneys for Plaintiffs

                    */s/ Andrew Schoettle*
                     Andrew Schoettle